FILED
CLERK, U.S. DISTRICT COURT

02/28/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_AP\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMONTE FITZGERALD JOHNSON,<br>　aka "Papa,"<br><br>　　　　Defendant. | ED CR No. 5:24-cr-00061-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 16, 2021, in San Bernardino County, within the Central District of California, defendant JAMONTE FITZGERALD JOHNSON, also known as "Papa," knowingly possessed the following ammunition, in and affecting interstate and foreign commerce, that were shot from a firearm capable of discharging a .40 caliber bullet:

1. One round of Sellier & Bellot .40 caliber ammunition; and
2. Three rounds of Cascade Cartridges, Inc. .40 caliber ammunition.

Defendant JOHNSON possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of San Bernardino, Case Number FVA1001460, on or about February 2, 2011;

2. Possession of Firearm by a Felon, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number TA117144, on or about March 28, 2011;

3. Attempted Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of San Bernardino, Case Number FVA1200546, on or about May 1, 2012;

4. Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of San Bernardino, Case Number FSB1301407, on or about October 30, 2013; and

5. Possession of Firearm by a Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number TA140807, on or about September 22, 2016.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. Defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

///

///

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

KELSEY A. STIMSON
Assistant United States Attorney
General Crimes Section